JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ESTERVINA RODRIGUEZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No: 5:17-cv-00966 FMO(DTBx)<br><br>**ORDER ON STIPULATION [16] RE: DISMISSAL OF ENTIRE ACTION**<br><br>Trial Date: July 10, 2018 |

In light of the parties' Joint Stipulation re: Request for Dismissal, and for good cause shown, the Court hereby ORDERS that the action be deemed dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: December 22, 2017      _____/s/_____
                                                         HON. FERNANDO M. OLGUIN
                                                         UNITED STATES DISTRICT JUDGE